Case Name:  GOOD AND TIGHT ENERGY CONVERSATION
Case No:    05 B 72099

## CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated:   7/18/07                      WILLIAM T. NEARY
                                      United States Trustee, Region 11


                           BY:   __/s/_____
                                 CAROLE J. RYCZEK
                                 Assistant U.S. Trustee