IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

| | |
|---|---|
| IN RE:<br>GOOD & TIGHT ENERGY CONSERVATION CO | CHAPTER 7 -- Liquidation |
| | CASE NO. 05-72099 MB |
| Debtor(s) | HONORABLE MANUEL BARBOSA |
| Social Security/Employer Tax ID<br>Number: 36-4198554 | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held

   At:  U.S. BANKRUPTCY COURT
        211 South Court Street, Room 220
        Rockford, IL  61101

   on:  AUGUST 8, 2007
   at:  9:30 a.m.

   FILED
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS
   JUL 1 8 2007
   KENNETH G. GARDNER, CLERK
   BY_____
   DEPUTY CLERK

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | | 47.43 |
| BLASCOE & ASSOCIATES LLC<br>Trustee's Accountant | $ 0.00 | 735.00 | |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | 6,000.00 | |
| BERNARD J. NATALE<br>Trustee | $ 0.00 | 3,549.15 | |
| DOUG HENRY<br>Special Counsel | $ 2,904.45 | 0.00 | |

4. The Trustee's Final Report shows total:

   a. Receipts                                $_____27,991.47

   b. Disbursements            $_____2,941.73

   c. Net Cash Available for Distribution    $_____25,049.74

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $14,718.16, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $291,174.98, resulting in an approximate distribution of 5.05% to unsecured creditors, plus interest.

6. The debtor has not been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

  See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: July 3, 2007         For the Court,

                By /s/ BERNARD J NATALE

                  Trustee

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: jshores              Page 1 of 1                Date Rcvd: Jul 19, 2007
Case: 05-72099                 Form ID: pdf002            Total Served: 11

The following entities were served by first class mail on Jul 21, 2007.
db          +Good & Tight Energy Conservation Company,   202 Barrington Avenue,   Dundee, IL 60118-1313
aty         +Stephen J Costello,   Costello & Costello,   19 N Western Ave Rt 31,
              Carpentersville, IL 60110-1730
tr          +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
sp          +Douglas Henry,   6833 Stalter Drive,   1st Floor,   Rockford, IL 61108-2579
9280940      Allied Insulation Supply Co,   P O Box 2122,   Milwaukee, Wi 53201-2122
9280941      IDI Distributors, Inc.,   P O Box 581279,   Minneapolis, Mn 55458-1279
9280942     +K Reinke Jr. & Company,   P O Box 68,   Dundee, Il 60118-0068
9280943     +Karl Reinke Jr.,   202 Barrington Ave,   Dundee, Il 60118-1313
9280945     +Roofing & Insulation Supply,   3981 W Albany St,   McHenry, Il 60050-8390
9280946     +Roofing & Insulation Supply,   Guyer & Enichen, Lawyers,   2601 Reid Farm Road,
              Rockford, IL 61114-6698
9810159     +Roofing & Insulation Supply,   c/o Guyer & Enichen, P.C.,   2601 Reid Farm Road, Suite B,
              Rockford, IL 61114-6698
The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Douglas Henry
acc           Kim Blascoe of Blascoe & Associates, LLC
aty*        +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
              Rockford, IL 61108-2582
9280944*    +Karl Reinke, Jr.,   202 Barrington Ave,   Dundee, Il 60118-1313
                                                                                              TOTALS: 2, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 21, 2007**                    **Signature:** *Joseph Speetjens*