**JPMorganChase** ⬡

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

September 01, 2007 through September 28, 2007
Account Number: **000312948840566**

---

### CUSTOMER SERVICE INFORMATION

Service Center:            **1-800-634-5273**

---

00016162 DBI 802 24 27407 - NNN  1 000000000 65 0000
05-72099 GOOD & TIGHT ENERGY CONSE
RVATION CO DEBTOR
330370 BERNARD NATALE TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



## CHECKING SUMMARY | Bankruptcy Business Checking

|                    | INSTANCES | AMOUNT        |
|--------------------|-----------|---------------|
| Beginning Balance  |           | $12,064.00    |
| Checks Paid        | 1         | - 12,064.00   |
| Ending Balance     | 1         | $0.00 ✓       |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT       |
|--------------|-----------|--------------|
| 107          | 09/14     | $12,064.00✓  |
| **Total Checks Paid** |  | **$12,064.00** |

## DAILY ENDING BALANCE

| DATE  | AMOUNT |
|-------|--------|
| 09/14 | $0.00  |

10 - 9-07
db ok
10-8-07